IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOLINDA K. HEYM ROWAN AND WILLIAM CHARLES ROWAN,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST FRANKLIN FINANCIAL CORP., BANK OF AMERICA, N.A., SELECT PORTFOLIO SERVICING, INC., HORIZON TITLE INSURANCE AGENCY, WELLS FARGO BANK, N.A., MATHESON & HOWELL P.C., AND JOHN DOES 1-99,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF AND FOR TEMPORARY RESTRAINING ORDER<br><br><br>Case No. 2:14-CV-299 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Plaintiffs' Motion for Injunctive Relief and for Temporary Restraining Order.

In order for Plaintiffs to be entitled to a temporary restraining order, Plaintiffs must show the following: (1) a substantial likelihood of success on the merits; (2) irreparable harm to the movant if the injunction is denied; (3) the threatened injury outweighs the harm that the preliminary injunction may cause the opposing party; and (4) the injunction, if issued, will not adversely affect the public interest.[1]

Having carefully reviewed the allegations contained in Plaintiffs' Complaint, as well as the arguments made in their Motion, the Court finds that Plaintiffs have failed to satisfy the high

---

[1] *Gen. Motors Corp. v. Urban Gorilla, LLC*, 500 F.3d 1222, 1226 (10th Cir. 2007).

standard required to obtain a temporary restraining order or a preliminary injunction. Therefore, Plaintiffs' Motion will be denied.

It is therefore

ORDERED that Plaintiffs' Motion for Injunctive Relief and for Temporary Restraining Order (Docket No. 2) is DENIED.

DATED this 24th day of April, 2014.

BY THE COURT:

_____
Ted Stewart
United States District Judge